UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Case No. 1:20mj198
( M.J. Litkovitz )

TAMAYA DENNARD,
Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter**, Maryann Maffia
Date/Time: **February 25, 2020 at 1:30 PM**

United States Attorney: Emily Glatfelter  Defendant Attorney: Eric Laursen, retained

[ X ] Initial Appearance Hearing on [X] Complaint; [] Indictment; [] Information; or [] petition for probation / supervised release [] Rule 5(c)(3) out of _____; [] pretrial release violation; [] Other matters _____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed. ____FPD or ____CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [X] Secured with No Amount OR _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[X] Surrender passport _____ [ ] _____ [ ] _____
[ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____
[X] Preliminary Exam Hearing set 3-16-20 @ 1:30 pm before MJ Bowman
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment:*
Defendant waives reading of: [ ] Indict  [ ] Info  [ ] Indict Read  [ ] Info Read
Defendant pleads:  [ ] GUILTY  [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: USA's request to unseal case was Granted.