United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

**TAMAYA DENNARD,**

NOTICE

CASE NUMBER: **1:20mj128**

( Litkovitz, MJ )

---

**TYPE OF CASE**

☐ CIVIL   ☒ CRIMINAL

---

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 701 |
| | DATE AND TIME<br>**Monday, March 16, 2020 at 1:30 pm** |

**TYPE OF PROCEEDING**

Preliminary Hearing on Criminal Complaint before the Honorable Stephanie K. Bowman, U.S. Magistrate Judge

---

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |

---

**February 25, 2020**
Date

**RICHARD W. NAGEL**
U.S. Magistrate or Clerk of Court

**s/Arthur Hill**
(BY) DEPUTY CLERK

To: Eric Laursen, Esq. (retained)

CC: U.S. Pretrial Services
U.S. Probation
U.S. Marshal's Office
U.S. Attorney's Office (Emily Glatfelter, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**